United States District Court
Southern District of Texas
FILED

MAR 2 3 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TRIMMING, INC. AND | § | |
| NORMA RIBBON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-89-159 |
| | § | |
| JOHN D. LITTLE | § | |

## PLAINTIFFS' MOTION TO DISBURSE BOND

TO THE HONORABLE UNITED STATES DISTRICT COURT

NOW COME Plaintiff Trimming, Inc., and Norma Ribbon, and asks the court to return the bond previously paid as security to the court under Federal Rule of Civil Procedure.

### I.
### INTRODUCTION

1. Plaintiffs are Trimming, Inc., and Norma Ribbon; defendant is John D. Little.

2. Plaintiff sued defendant for copyright infringement.

3. The United States District Clerk reported to plaintiff that according to the most recent financial report the court still has in its registry the total amount of the bonds paid in connection of this matter.

4. Plaintiff requests that all funds held in the registry of the court, the sum being $7,000 plus all interest accrued to date of disbursement be disbursed to plaintiff's attorney Charles Willette, Jr., Willette & Guerra, L.L.P. 1534 East 6th Street, Suite 200, Brownsville, Texas 78520

### II.
### PRAYER

Plaintiff prays that the court order the United States District Clerk to issue a check for the total balance of all funds held within the registry of this court, the sum being $7,000,

plus all interest accrued to date of disbursement, to plaintiff's attorney, Charles Willette, Jr., Willette & Guerra, L.L.P., 1534 East 6th Street, Suite 200, Brownsville, Texas 78520.

Signed on March 23, 2006.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has on March 23, 2006, been forwarded via certified mail, return receipt requested to:

**Via CMRRR: 7003 0006 5136 1461**
John P. Pinkerton
Hunton & Williams
1601 Bryan Street, 30th Floor
Dallas, Texas 75201

**Via CMRRR: 7003 0006 5136 1478**
M. Lloyd Seljos
Attorney At Law
401 Deerfoot Dr.
Round Rock, Texas 75201



Charles Willette