IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TRIMMING, INC. AND<br>NORMA RIBBON | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-89-159 |
| JOHN D. LITTLE | § | |

**ORDER TO DISBURSE FUNDS HELD IN THE REGISTRY OF THE COURT**

On this day, the court considered plaintiffs' Motion to Disburse Funds. After considering the court's file, the court.

ORDERS the United States District Clerk to issue a check for the total balance of all funds held within the registry of the court, the sum being $7,000, plus interest accrued to date of disbursement to plaintiff's attorney Charles Willette, Willette & Guerra, L.L.P., 1534 East 6th Street, Suite 200, Brownsville, Texas 78520.

SIGNED ON _____, 2006.

_____
UNITED STATES DISTRICT JUDGE