IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 1 8 2006
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| TRIMMING, INC. AND | § | |
| NORMA RIBBON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-89-159 |
| | § | |
| JOHN D. LITTLE | § | |

## CERTIFICATE OF CONFERENCE

TO THE HONORABLE UNITED STATES DISTRICT COURT

NOW COME Plaintiff Trimming, Inc., and Norma Ribbon, and files this their Certificate of Conference as to Plaintiffs' Motion to Disburse Bond.

I certify that on April 13, 2006, I conferred with Mr. John Pinkerton and with Mr. Lloyd Seljos and they do not oppose Plaintiff's Motion to Disburse Bond.

Signed on April 18, 2006.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937