IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TRIMMING, INC. AND<br>NORMA RIBBON | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-89-159 |
| JOHN D. LITTLE | § | |

## ORDER TO DISBURSE FUNDS HELD IN THE REGISTRY OF THE COURT

On this day, the court considered plaintiffs' Motion to Disburse Funds. After considering the court's file, the court.

ORDERS the United States District Clerk to issue a check for the total balance of all funds held within the registry of the court, the sum being $7,000, plus interest accrued to date of disbursement to plaintiff's attorney Charles Willette, Willette & Guerra, L.L.P., 1534 East 6th Street, Suite 200, Brownsville, Texas 78520.

SIGNED ON ____April 25____, 2006.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

TRIMMING, INC. AND           §
NORMA RIBBON                 §
                             §
VS.                          §    CIVIL ACTION NO. B-89-159
                             §
JOHN D. LITTLE               §

## ORDER TO DISBURSE FUNDS HELD IN THE REGISTRY OF THE COURT

On this day, the court considered plaintiffs' Motion to Disburse Funds. After considering the court's file, the court.

ORDERS the United States District Clerk to issue a check for the total balance of all funds held within the registry of the court, the sum being $7,000, plus interest accrued to date of disbursement to plaintiff's attorney Charles Willette, Willette & Guerra, L.L.P., 1534 East 6th Street, Suite 200, Brownsville, Texas 78520.

SIGNED ON _____, 2006.

UNITED STATES DISTRICT JUDGE

