# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

M Lloyd Seljos
Attorney at Law
401 Deerfoot Dr
Round Rock  TX  78664

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 8 2006

MICHAEL N. MILBY, CLERK OF COURT

Case: 1:89-cv-00159   Instrument: 109   (2 pages)   aty
Date: Apr 25, 2006
Control: 060432908
FAX number: 956-631-4965 fax   (3 Total pages including cover sheet)
Notice: The attached order has been entered.

You could have received this notice faster by e-mail,
   and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
   and
Register on-line for a training class to receive your user privileges.


If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

SELJ401 78664420003 1N   10 05/03/06
UNABLE TO FORWARD
NO FORWARD ORDER ON FILE
RETURN TO POSTMASTER
OF ADDRESSEE FOR REVIEW

UNDELIVERABLE AS ADDRESSED

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 0 8 2006

MICHAEL N. MILBY, CLERK OF COURT

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208