# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

W Thomas Timmons
Timmons & Kelly
Suite 1720. North Tower
Plaza of the Americas
Dallas Tx  75201

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 0 8 2006

MICHAEL N. MILBY, CLERK OF COURT

Case: 1:89-cv-00159   Instrument: 109   (2 pages)   aty
Date: Apr 25, 2006
Control: 060432910
Notice: The attached order has been entered.

You could have received this notice faster by e-mail,
          and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
          and
Register on-line for a training class to receive your user privileges.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 0 8 2006

MICHAEL N. MILBY, CLERK OF COURT



NIXIE       752        1         00   05/04/06
            RETURN TO SENDER
            INSUFFICIENT ADDRESS
            UNABLE TO FORWARD
BC: 7720810101010       *2988-03741-28-39



Hasler
US POSTAGE
$00.39